UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JUDITH CLINTON,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN BROUILLARD, ESQ., TODD ROMANO, ESQ., VIGILANT INSURANCE COMPANY, JEFFREY PASEK, DEBORAH SWIFT, NORMAN RAFSOL, KEVIN RAMPE, TOASTMASTERS INTERNATIONAL, and DANIEL REX,<br><br>Defendants. | C.A. No. 1:26-cv-00510-JJM-RLA |

**DEFENDANTS VIGILANT INSURANCE CO., JEFFREY PASEK, NORMAN RAFSOL, KEVIN RAMPE, AND DEBORAH SWIFT'S MOTION TO DISMISS**

Defendants Vigilant Insurance Company, Jeffrey Pasek, Norman Rafsol, Kevin Rampe, and Deborah Swift (collectively, the "Vigilant Defendants") submit this Motion to Dismiss Counts I-VI and VIII-XI of Plaintiff Judith Clinton's ("Plaintiff") First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6). This Court lacks jurisdiction over Plaintiff's claims pursuant to the *Rooker-Feldman* Doctrine. Plaintiff's claims also fail, *inter alia*, because they are untimely and Plaintiff has failed to plausibly allege state action to support her 42 U.S.C. § 1983 claims. Plaintiff's civil rights conspiracy claims under 42 U.S.C. §§ 1985 and 1986 fail because, *inter alia*, she fails to allege the requisite invidious class-based discrimination and she fails to allege an actionable conspiracy. The Court should decline to exercise supplemental jurisdiction over any state law claims, to the extent any remain.

Accordingly, each of the claims against the Vigilant Defendants (Counts I-VI and VIII-XI) should be dismissed with prejudice, as described more fully in the Vigilant Defendants' accompanying memorandum of law incorporated herein by reference.

Defendants Vigilant Insurance Company,
Jeffrey Pasek, Norman Rafsol, Kevin Rampe,
and Deborah Swift
By their attorneys,

/s/ Armando E. Batastini

Armando E. Batastini (#6016)
Madeline Coburn (#10846)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903-1345
Tel: (401) 454-1015
Fax: (866) 680-8453
E-mail: abatastini@nixonpeabody.com
mcoburn@nixonpeabody.com

Dated: October 27, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of October, 2026, I filed and served this document electronically through the Court's CM/ECF system to all counsel registered and able to receive electronic filings in this matter, and via U.S. mail and e-mail to Plaintiff:

Judith Clinton (jclinton14@msn.com)
418 Benefit Street
Providence, RI 02903

/s/ Armando E. Batastini