UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JUDITH CLINTON,<br>Plaintiff,<br><br>v.<br><br>STEPHEN BROUILLARD, ESQ.,<br>TODD ROMANO, ESQ.,<br>VIGILANT INSURANCE COMPANY,<br>JEFFREY PASEK,<br>DEBORAH SWIFT,<br>NORMAN RAFSOL,<br>KEVIN RAMPE,<br>TOASTMASTERS INTERNATIONAL,<br>and DANIEL REX,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 1:26-cv-00510-JJM |

**DEFENDANT STEPHEN BROUILLARD'S MOTION TO DISMISS**

Defendant Stephen Brouillard, Esq. ("Mr. Brouillard") respectfully moves this Honorable Court to Dismiss Plaintiff Judith Clinton's ("Ms. Clinton" or "Plaintiff") First Amended Complaint (the "Complaint"), pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) and Local Rule Cv 7. Defendant relies upon and incorporates by reference the memorandum of law filed herewith.

**WHEREFORE**, Defendant Stephen Brouillard's Motion to Dismiss should be granted dismissing all counts of the First Amended Complaint against him with prejudice and for any other relief the Court deems just and proper.

Pursuant to Local Rule Cv 7(c), oral argument is not requested by the undersigned.

Defendant,

STEPHEN J. BROUILLARD, *pro se*

/s/ Stephen J. Brouillard
Stephen J. Brouillard, Esq. (6284)
Bianchi Brouillard Sousa & O'Connell, P.C.
56 Pine Street, Suite 250
Providence, RI 02903
(401) 223-2990 *telephone*
(877) 548-4539 *facsimile*
sbrouillard@bbsolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document has been filed electronically and is available for viewing and downloading from the ECF system. I further certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 9, 2026.

/s/ Stephen J. Brouillard