UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JUDITH CLINTON<br>Plaintiff | : | |
| Vs. | : | C.A. No. 1:26-cv-00510-JJM-RLA |
| STEPHEN BROUILLARD, ESQ.;<br>TODD ROMANO, ESQ.;<br>VIGILANT INSURANCE COMPANY;<br>JEFFERY PASEK; DEBORAH SWIFT;<br>NORMAN RAFSOL; KEVIN RAMPE;<br>TOASTMASTERS INTERNATIONAL;<br>And DANIEL REX<br>Defendants | : | |

**DEFENDANTS TODD J. ROMANO, ESQ., TOASTMASTERS INTERNATIONAL, AND DANIEL REX'S MOTION TO DISMISS**

Defendants Todd J. Romano, Esq., Toastmasters International, and Daniel Rex (collectively "these Defendants") respectfully request that this Honorable Court dismiss Plaintiff Judith Clinton's First Amended Complaint ("Complaint") for lack of subject matter jurisdiction and failure to state a claim under Fed. R. Civ. P. 12(b)(1) and (6) and pursuant to Local Rule Cv 7. These Defendants rely on and incorporate by reference the memorandum of law contemporaneously filed herewith.

Wherefore, Defendants Toastmasters International, Daniel Rex and Todd J. Romano should be granted dismissing all counts of the First Amended Complaint against them, with prejudice, and for any other relief that the Court deems just and proper.

Pursuant to Local Rule Cv 7(c), oral argument is not requested by these Defendants.

DEFENDANTS

Toastmasters International
Daniel Rex
Todd Romano, Esq.

By their Attorneys,

*/s/ Todd J. Romano, Esq.*
Todd J. Romano (#6859)
**LEWIS BRISBOIS**
**BISGAARD & SMITH, LLP**
One Citizens Plaza, Suite 1120
Providence, RI 02903
Tel: (401) 406-3310
Fax: (401) 406-3312
Todd.Romano@lewisbrisbois.com

CERTIFICATION

I, Todd J. Romano, counsel for Defendants Todd J. Romano, Toastmasters International and Daniel Rex, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 11th day of November, 2026.

*/s/ Todd J. Romano, Esq.*